No. 10–9925. RUIZ MONTES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9927. LEWIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–9932. WHEELER v. ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9934. MCDAVID v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9935. PATTERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9942. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–9944. CHEN XIANG v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–9947. HAMILTON v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 10–9948. FRANCO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9950. MARTINEZ-CARMONA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9951. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–9952. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–9955. KALU v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9960. CORNWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9961. COLEMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.